1032

No. 930, Misc. PEACE ET AL. *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Leon B. Polsky* for petitioners. *Aaron E. Koota* for respondent.

No. 975, Misc. DeMARO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BRENNAN and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 640, October Term, 1963. COHEN *v.* NEW YORK, 375 U. S. 985. Motion for leave to file petition for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this motion.

No. 28. TRANSPORTATION-COMMUNICATION EMPLOY-EES UNION *v.* UNION PACIFIC RAILROAD Co., *ante,* p. 157;

No. 51. FIRST NATIONAL BANK OF LOGAN *v.* WALKER BANK & TRUST Co., *ante,* p. 252;

No. 86. UNITED STATES *v.* ACME PROCESS EQUIPMENT Co., *ante,* p. 138;

No. 297. DEESEN *v.* PROFESSIONAL GOLFERS' ASSOCIA-TION OF AMERICA ET AL., *ante,* p. 846;

No. 614. COHEN *v.* NEW YORK, *ante,* p. 976;

No. 626. WALKER DISTRIBUTING Co. ET AL. *v.* LUCKY LAGER BREWING Co., *ante,* p. 976;

No. 665. KLEIN *v.* KLEIN, *ante,* p. 973;

No. 546, Misc. RIVERA *v.* UNITED STATES, *ante,* p. 938; and

No. 809, Misc. D'ERCOLE *v.* UNITED STATES, *ante,* p. 995. Petitions for rehearing denied.